UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| LINDA TINGLEY, | ) | NO. CV-09-310-JPH |
| Plaintiff, | ) | |
| vs. | ) | **ORDER ADOPTING REPORT AND RECOMMENDATION TO DISMISS** |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) | |
| Defendant. | ) | |

BEFORE THE COURT for resolution is the Report and Recommendation entered on December 21, 2010 **(ECF No. 26)**, recommending the case be **dismissed for lack of jurisdiction**. No objections have been filed. The deadline has passed.

Having reviewed the report and recommendations, the Court adopts the magistrate judge's recommendations in their entirety. Therefore, **IT IS HEREBY ORDERED**:

1. The Report and Recommendation **(ECF No. 26)** to dismiss the case is **ADOPTED in its entirety**.

2. The First Amended Complaint **(ECF No. 9)** is **DISMISSED without prejudice**.

3. All pending motions are **DENIED AS MOOT**.

4. This file shall be **CLOSED**.

///
//

1    **IT IS SO ORDERED**. The District Court Executive is directed to
2  enter this Order, forward copies to the parties, and close the file.
3       DATED this 10th day of January, 2011.

                                    s/Edward F. Shea
                                 EDWARD F. SHEA
                                 UNITED STATES DISTRICT JUDGE

Q:\Civil\2009\0310.Ordadopting-RnR-Tingley.wpd